

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00147-CR

_____

JOSHUA BRIAN KNAPP, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 3rd District Court
Anderson County, Texas
Trial Court No. 369CR-18-33621

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Appellant Joshua Brian Knapp was convicted of unlawful possession of a firearm by a felon and aggravated assault with a deadly weapon. Knapp has appealed from those convictions and the resulting sentences. On October 8, 2019, Knapp's court-appointed appellate counsel, Colin D. McFall, filed an *Anders*[1] brief, and on October 22, 2019, Knapp filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Knapp's access to the record.

McFall advised this Court that on October 28, 2019, he mailed a complete paper copy of the appellate record to Knapp. On October 29, 2019, this Court mailed a copy of the digitally recorded exhibit contained in the appellate record to Knapp care of Mr. Samuel Nations in the law library at the Barry Telford Unit in New Boston, Texas. Allowing fifteen days for the record to be delivered to Knapp and giving Knapp thirty days to prepare his pro se response, we hereby set December 13, 2019, as the deadline for Knapp to file his pro se response to his counsel's *Anders* brief.

Knapp's motion for an extension of time to file his pro se response, which was filed on October 22, 2019, is denied, as the deadline for filing the response has just now been established.

IT IS SO ORDERED.

BY THE COURT

DATE:        October 29, 2019

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).

[2]*Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).